IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10497
Conference Calendar
_____


FEDERAL TRADE COMMISSION,

                                        Plaintiff-Appellee,

versus

PACIFIC MEDICAL CLINICS
MANAGEMENT, INC.,

                                        Defendant,

JAMES NORMAN WELLS,

                                        Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-MC-33-T
- - - - - - - - - - -
June 28, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     This court must examine the basis for its jurisdiction on
its own motion if necessary.  Mosley v. Cozby, 813 F.2d 659, 660
(5th Cir. 1987).  James Norman Wells appeals the denial of a
motion to quash a subpoena duces tecum.  The magistrate judge
denied this motion, and Wells failed to appeal the ruling to the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

district court.  <u>See</u> 28 U.S.C. § 636(b)(1)(A).  Therefore, we lack jurisdiction to consider the issue.  <u>See</u> <u>Colburn v. Bunge Towing, Inc.</u>, 883 F.2d 372, 379 (5th Cir. 1989).

APPEAL DISMISSED.